**Attachment 2 - EEOC Complaint Form**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO _____ DIVISION

WILLIAM BRANT STURTS _____

_____

(Name of plaintiff or plaintiffs)

v.

PREMIUM VELOCITY AUTO DBA Jiffy lube _____

_____

(Name of defendant or defendants)

FILED

MAR 10 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
     DEPUTY CLERK

Civil Action Number:

SA25CA0257 JKP

(Supplied by Clerk's Office)

## COMPLAINT

1.    This action is brought by William brant Sturts _____, Plaintiff, pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[ √ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ √ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ √ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.    Defendant Jiffy lube, DbA Premium Velocity auto (Defendant's name) lives at, or its business is located at _____ (street address), 13803 NACODOCHES RD (city), SAN ANTONIO (state), TX, 78217 (zip).

28

Rev. Ed. October 26, 2017

3a. Plaintiff sought employment from the defendant or was employed by the defendant at 13802 NACODOCHES RD (street address), (city), San Antonio (state), TX 78217 (zip).

3b. At all relevant times of claim of discrimination, Defendant employed 10 (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had 10 (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about MARCH (month) SECOND (day) 2024 (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: MARCH 2, 2024, - MARCH 21 2024

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) JUNE (day) 17TH 2024 (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) DeCember 18 (day) 2024 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[✓] Yes
[ ] No

**VERY IMPORTANT NOTE:** **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[✓] Race (If applicable, state race) White

[✓] Color (If applicable, state color) White

29

[ ✓ ]  Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[   ]  Religion (If applicable, state religion) _____

[   ]  National Origin (If applicable, state national origin) _____

[ ✓ ]  Age (If applicable, state date of birth) _____

[ ✓ ]  Disability (If applicable, state disability)  SURGERY  RECOVERY _____

[ ✓ ]  Prior complaint of discrimination or opposition to acts of discrimination.
        (Retaliation) (If applicable, explain events of retaliation) THREATS, HARASSMENT

        The defendant:  (please select all that apply)

[   ]  failed to employ plaintiff.

[ ✓ ]  terminated plaintiff's employment.

[ ✓ ]  failed to promote plaintiff.

[ ✓ ]  harassed plaintiff.

[ ✓ ]  other (specify) FALSE IMPRISONMENT, CONSPIRACY AGAINST RIGHTS

8a.     State **specifically** the circumstances under which defendant, its agent, or employees
        discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**     INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>,
                            AND ANY <u>SPECIFIC COMMENTS</u> MADE BY
                            DEFENDANT PERTAINING TO THE
                            DISCRIMINATION CLAIM ALLEGED ABOVE.

_____

8b.     List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
        and the substance of their testimony:

_____

8c.     List any **documentation** that would support plaintiff's allegations and explain what
        the documents will prove:

**30**

Rev. Ed. October 26, 2017

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[    ] still being committed by defendant.
[ ✓ ] no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[    ] Defendant be directed to employ plaintiff.

[    ] Defendant be directed to re-employ plaintiff.

[    ] Defendant be directed to promote plaintiff.

[    ] Defendant be directed to COMPENSATE for a lifetime military pension and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

3/10/25
Date

Signature of Plaintiff

13818 Griffin Ridge
Address of Plaintiff

San Antonio, TX      78747
City            State            Zip Code

Telephone Number(s)
737-389-5350

31

Rev. Ed. October 26, 2017